**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
Adam M. Apton (SBN 316506)
Email: amccall@zlk.com
Email: aapton@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290

*Attorneys for Movant Gary Buchheim*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF HALLANDALE BEACH POLICE OFFICERS' AND FIREFIGHTERS' PERSONNEL RETIREMENT TRUST, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANAPTYSBIO, INC., HAMZA SURIA, MARCO LONDEI, and DOMINIC G. PISCITELLI,<br><br>Defendants. | No. 3:20-cv-00565-GPC-MDD<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF GARY BUCHHEIM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date: July 24, 2020<br>Time: 1:30 p.m.<br>Courtroom: 2D<br>Judge: Gonzalo P. Curiel<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Gary Buchheim ("Movant"), respectfully withdraws his motion for appointment as Lead Plaintiff in the above-captioned action (the "Action") and approval of his selection of Lead Counsel. On May 26, 2020, Movant timely filed a motion for appointment as Lead Plaintiff and approval of selection of counsel, stating that he suffered losses of approximately

$39,940.53 in financial losses in connection with his purchases of securities of Anaptysbio, Inc. ("Anaptysbio" or the "Company") from October 10, 2017 through November 7, 2019, inclusive. A similar motion for appointment as lead plaintiff and approval of selection of counsel was filed by another putative class member in the Action. Having reviewed the competing lead plaintiff motion, Movant does not appear to have the largest financial interest.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motion and supporting papers provided by the other movant seeking appointment as lead plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the Action, he does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

This withdrawal shall have no impact on Movant's membership in the proposed class, his right to share in any recovery obtained for the benefit of the class, or his ability to serve as Lead Plaintiff should the need arise.

Dated: May 27, 2020              Respectfully submitted,

**LEVI & KORSINSKY, LLP**

s/ *Adam C. McCall*
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
Email: aapton@zlk.com
Email: amccall@zlk.com
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel:  (213) 985-7290

*Counsel for Movant Gary Buchheim*