1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re AnaptysBio, Inc. Securities Litigation* | Case No. 3:20-cv-00565-GPC-MDD <br><br> **ORDER GRANTING JOINT MOTION REGARDING TIMING OF FILING CONSOLIDATED AMENDED COMPLAINT AND RESPONSES** <br><br> <u>CLASS ACTION</u> |

For good cause shown, the Court hereby GRANTS the Joint Motion Regarding Timing of Filing Consolidated Amended Complaint and Responses, and ORDERS as follows:

1. Lead Plaintiff shall file a consolidated amended complaint no later than **September 30, 2020**;
2. Defendants' motion to dismiss the amended complaint, and all supporting papers, shall be filed and served on or before **November 24, 2020**;
3. Lead Plaintiff's opposition to Defendants' motion to dismiss the amended complaint, and all supporting papers, shall be filed and served on or before **January 22, 2021**;
4. Defendants' reply in support of its motion to dismiss the amended complaint, and all supporting papers, shall be filed and served on or before **February 22, 2021;**
5. Prior to the filing of Defendants' motion to dismiss, the parties shall confer on a mutually agreeable hearing date (subject to the Court's availability).

IT IS SO ORDERED.

Dated: September 2, 2020

Hon. Gonzalo P. Curiel
United States District Judge