UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN RE ANAPTYSBIO, INC. SECURITIES LITIGATION

Case No.: 20-CV-00565 TWR (DEB)

**ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL**

(ECF No. 63)

Presently before the Court is the Parties' Joint Stipulation of Voluntary Dismissal. ("Joint Dismissal", ECF No. 63.) Pursuant to Federal Rule of Civil Procedure 41(a), the Court **GRANTS** the Joint Dismissal. Plaintiffs' claims against Defendants are dismissed in their entirety **WITH PREJUDICE**. The Clerk of the Court shall close Case No. 20-CV-00565 TWR (DEB). The Parties shall be responsible for their own fees and costs.

**IT IS SO ORDERED.**

Dated: November 30, 2021

Honorable Todd W. Robinson
United States District Judge